**Henry BREED, Appellant v.
STATE, Appellee.**

No. 25402.

Court of Criminal Appeals of Texas.

June 27, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was found guilty of the offense of driving on a public highway while intoxicated and the jury fixed the penalty at 60 days in jail and a fine of $200.00.

The transcript is accompanied by an affidavit properly executed by appellant requesting that the appeal be dismissed. This motion is granted and the appeal is dismissed.